UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID H. CONTRERAS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL BITER, et al.,<br><br>　　　　Respondents. | Case No. CV 18-6207-GW(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ Habeas Corpus by a Person in State Custody ("Petition"), all of the records herein, and the August 24, 2018 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS ORDERED that the Petition and this action are dismissed without prejudice and that Judgment be entered accordingly.

///
///
///
///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on petitioner and on any counsel for respondents.

DATED: January 29, 2019

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE