UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DAVID H. CONTRERAS,

                Petitioner,

       v.

MICHAEL BITER, et al.,

                Respondents.

_____

)
)
)
)
)
)
)
)
)
)

Case No. CV 18-6207-GW(JC)

JUDGMENT

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed without prejudice.

DATED: January 29, 2019

_____

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE